# EXHIBIT K



Emily Poler <emily@polerlegal.com>

## Hay v. Bolonik, No. 23 Civ. 8584 (S.D.N.Y)

**Bruce L Hay** <brucelawhay@proton.me>   Wed, Dec 13, 2023 at 1:20 PM
To: Emily Poler <emily@polerlegal.com>

Dear Emily,

Thank you for your message and for accepting service. I strongly disagree with your assertions and mischaracterizations about my Complaint, and have absolutely no intention of withdrawing it. It is neither "meritless", nor sanctionable. The allegations speak for themselves, though I am dismayed that you have taken this stance to attempt to threaten me, a victim of severe sexual abuse and harassment perpetrated by your client, Kera Bolonik.

Please see attached a prepared Notice of Lawsuit and Request to Waive Service form and a copy of the Complaint.

I am open to negotiation if your client wishes to consider resolving this without litigation.

Regards,
Bruce

[Quoted text hidden]

**2 attachments**

📄 **Notice of a Lawsuit and Request to Waive Service of a Summons Hay v Bolonik.pdf**
121K

📄 **Complaint Bruce Hay v Kera Bolonik.pdf**
200K