**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRUCE HAY,

                Plaintiff,
   -against-                                      23 **CIVIL** 8584 (JPO)

## **JUDGMENT**

KERA BOLONIK,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 3, 2024, Bolonik's motion to dismiss is GRANTED, and the complaint is dismissed with prejudice. Bolonik's motion to enjoin is DENIED without prejudice to renewal; accordingly, the case is closed.

**Dated:** New York, New York

     September 4, 2024

                                                          **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                          **BY:**    *K. Mango*

                                                      **Deputy Clerk**