UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE HAY,
                      Plaintiff,

        -v-

KERA BOLONIK,
                      Defendant.

23-CV-8584 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 26, 2024, Defendant Kera Bolonik requested third-party discovery to determine the accuracy of Defendant's motion to proceed *in forma pauperis* on appeal. (ECF No. 28.) In light of Plaintiff Bruce Hay's amended filing, including settlement money he received in the past twelve months and his statement that "[t]he entirety of that sum was paid upon receipt by Plaintiff to a creditor to settle a debt," Defendant's motion is denied as moot. (ECF No. 29.)

With respect to Hay's original and amended motions to proceed *in forma pauperis* on appeal, the 155 additional pages Hay has attached as an exhibit are irrelevant to the motion and were thus improperly filed as attachments.[1]

The Clerk of Court is directed to (1) close the motion at Docket Number 28 and (2) strike and remove from the docket the documents at Docket Numbers 26 and 29.

---

[1] This includes everything after the sentence: "Due to the inexcusable actions of the defendant and her affiliates, I have been stripped of my livelihood and have been left barely able to support myself." (ECF No. 29 at 9.)

1

Hay shall, within one week, file a second amended motion including only pages 1-8 and the first sentence of his response on page 9.[2]

SO ORDERED.

Dated: October 9, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

---

[2] The Court is referring to the blue page numbers at the top of the document automatically generated by the ECF system.